DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

FELICITAS GISELA GUESS
63 BOVET #153
SAN MATEO, CA 94402

Debtor(s)

Chapter 13
Case No:  15-3-0970 HLB

REQUEST FOR ENTRY OF DEFAULT
AND DECLARATION OF DEFAULT BY TRUSTEE IN
SUPPORT OF MOTION TO DISMISS
AND REQUEST FOR ORDER

The undersigned declares:

    I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof.  Additionally, I have personal knowledge of the matters stated in the Declaration.  If called upon as a witness, I could, and would, competently testify to the facts contained herein.

    Trustee's Notice of Motion and Motion to Dismiss were e-filed on September 14, 2015 on the court's electronic docket.  On the same day, the Notice of Motion, the Motion to Dismiss and the Declaration of David Burchard, Trustee were served on Debtor(s) and their attorney of record.  The corresponding Certificates of Mailing were e-filed on the same day on the court's electronic docket.

    Trustee's motion and the notice of motion were properly and timely served.

    Debtor has not timely filed or served an opposition to Trustee's Motion to Dismiss at least 14 days before the hearing set for October 21, 2015.

    For the reasons set forth in the Motion to Dismiss, Trustee respectfully request the Court approve the Motion to Dismiss, drop the matter from the calendar, and enter an Order by default pursuant to Bankruptcy Local Rule 9014-1.

    I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on October 8, 2015 Foster City, California.

Dated:  October 8, 2015

DAVID BURCHARD
_____
DAVID BURCHARD, Chapter 13 Trustee

CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Request for Entry of Default and Declaration of Default by Trustee** and **Certificate of Mailing**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FELICITAS GISELA GUESS
63 BOVET #153
SAN MATEO, CA 94402

GEOFF WIGGS
LAW OFFICES OF GEOFF WIGGS
1900 SOUTH NORFOLK ST. #350
SAN MATEO, CA 94403

Dated: October 8, 2015

RGARCIA
RGARCIA
Case Administrator